UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tamika Latoi-Suttles,

       Plaintiff,

v.

State of Minnesota et al.,

       Defendants.

Case No. 17-cv-4066 (SRN/FLN)

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 6, 2017 [Doc. No. 4], all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff's complaint is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 27, 2017         s/Susan Richard Nelson
                                                   SUSAN RICHARD NELSON
                                                   United States District Judge