UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TAMIKA LATOI-SUTTLES, Secured Party Creditor,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF MINNESOTA, All States; COUNTY OF HENNEPIN; COUNTY OF RAMSEY, Franchises & Titles Etc.; UNITED STATES OF AMERICA, & all others, Franchises & Titles Etc.; and COUNTY OF SCOTT,<br><br>Defendant. | Case No. 17-CV-4066 (SRN/FLN)<br><br>ORDER |

This matter is before the Court on the application to proceed *in forma pauperis* ("IFP") on appeal of plaintiff Tamika Latoi-Suttles.  *See* ECF No. 8.  IFP status on appeal will be denied if the Court finds that the litigant's appeal is not taken "in good faith."  28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3).  To determine whether an appeal is taken in good faith, the Court must decide whether the claims to be decided on appeal are factually or legally frivolous. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).  An appeal is frivolous, and thus cannot be taken in good faith, "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

As explained in the Report and Recommendation adopted by the Court in dismissing this matter without prejudice, the complaint submitted by Latoi-Suttles is largely incomprehensible. The Court cannot discern any arguable basis, either in the factual allegations presented by Latoi-Suttles or in the legal theories suggested by her, by which Latoi-Suttles could succeed in this

action against the named defendants. This litigation as pleaded is hopeless, and the further prosecution of this litigation on appeal cannot be said to be taken in good faith. Accordingly, the IFP application is denied.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* on appeal of plaintiff Tamika Latoi-Suttles [ECF No. 8] is DENIED.

Dated: January 22, 2018    s/Susan Richard Nelson
　　　　　　　　　　　　　SUSAN RICHARD NELSON
　　　　　　　　　　　　　United States District Judge